# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 717 |
| | : | |
| APPOINTMENTS TO ORPHANS' | : | SUPREME COURT RULES |
| | : | |
| COURT PROCEDURAL RULES | : | |
| | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of November, 2016, the Honorable Kathleen A. Durkin, Allegheny County, and Kenneth G. Potter, Esquire, Snyder County, are hereby appointed as members of the Orphans' Court Procedural Rules Committee for a term of three years commencing January 1, 2017.